UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNIE LEROY STANLEY,

    Petitioner,

v.

MICHAEL LEIBSON,

    Respondent.
_____/

Case No. 09-12202

Hon. Victoria A. Roberts

## ORDER

This matter is before the Court on *pro se* Petitioner Johnnie Lee Stanley's Motion for Reconsideration [Dkt #12], filed pursuant to Local Rule 7.1.

Motions for reconsideration may be granted pursuant to Local Rule 7.1(h)(3) when the moving party shows (1) a "palpable defect," (2) that misled the court and the parties, and (3) that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(h)(3). A "palpable defect" is a defect which is obvious, clear, unmistakable, manifest, or plain. *Mich. Dep't of Treasury v. Michalec*, 181 F. Supp. 2d 731, 734 (E.D. Mich. 2002) (citations omitted).

Because Petitioner fails to make the required showing, the Court **DENIES** the Motion.

**IT IS ORDERED**.

                                    s/Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: August 26, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record and Johnny Leroy Stanley by electronic means or U.S. Mail on August 26, 2010.

s/Linda Vertriest
Deputy Clerk